■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS TUCCI, Appellant. [642 NYS2d 537] —Appeals by the defendant from two judgments of the Supreme Court, Richmond County (Felig, J.), both rendered August 17, 1993, convicting him of criminal possession of a controlled substance in the fourth degree under Indictment No. 372/92, and conspiracy in the fifth degree under Indictment No. 40/93, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has failed to raise any nonfrivolous issues in his supplemental *pro se* brief. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON WALKER, Appellant. [642 NYS2d 537] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 11, 1988 (*People v Walker,* 143 AD2d 784), affirming a judgment of the Supreme Court, Queens County, rendered February 20, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Balletta, Thompson and Sullivan, JJ., concur.